IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

LOYD SORROW SR.
Prose-Plaintiff

v.

HARRIS COUNTY, Texas; and
Defendant
STATE OF TEXAS, et al.
Defendant

Civil Action: 4:2020 cv.00733
and, or
Civil Action: 2018-63587

Intervening Civil Action;
No. 2017-33383

Nathan Ochsner, Clerk of Court
United States Courts
Southern District of Texas
FILED
NOV 07 2022

## SORROW'S F.R.C.P. 24 INTERVENTION, and, FRCP 64(a),(b) SEIZING PROPERTY,

Intervenor, Loyd Landon Sorrow SR., files this complaint in intervention as the "initial Real party," as authorized by F.R.C.P. 24, and request a seizure of my property of and equaling my pleaded damages in the cause of Sorrow SR. v. Harris County, Texas for $1,500,000.00, plus attorney fees, and plus any and all costs, fees, taxes or monetary deductions from it, in accordance to F.R.C.P. 64 (a),(b).

## A. PARTIES

__1.__ Intervenor is a "Real Injured Party" by the use, misuse and excessive misuse of Narcotic/opiods and narcotic like pre scribed medications as a individual.

__2.__ Defendants are;
  __A.__ Harris County, Texas; and
  __B.__ State of Texas, et al., both of the United States of America, sued in official capacities, and are now served by U.S. Mail Box from, Beaumont Center/G.E.O. Center 2495 Gulf St., Beaumont Texas, 77703.

## B. ORIGINAL LAWSUIT

3. Defendants first were notified of my "legal injuries" by a Petition for Writ of Habeas Corpus #874978-A, B, and C, stemming out of the 263rd Judicial District Court of Harris County, Texas, at which injury medical evidence/records were, hidden, withheld, then supposedly prematurely destroyed, on claimed two different dates by Harris County, Texas, that led to a lawsuit in 2011 in 419th District Court - Travis County Texas - Sorrow v. Harris County, Texas et al No. D-1-GN-11-003739/ No. 79003-I (venue change), - Brazoria County Texas, 14th Court of Appeals No. 14-15-00571-, Texas Supreme Court No. 16-0987; and this Amended Complaint at hand pending in 334th Judicial District Court, Harris County Texas - Sorrow Sr. v. Harris County, Texas No. 33383, on Remand from the 14th Court of Appeals No. 14-18-00901-CV.

## C. INTERVENOR'S CLAIMS, AND DEFENSES 33

4. Plaintiff Original Habeas corpus #874978, claimed that Harris County, and State of Texas used a abundance of intoxicating Narcotic medication to induce a confession, without Due Process, and making him incompetant to stand trial from those drugs, and his Attorney was ineffective for it.

Sorrow learned that Darvon was black boxed by F.D.A. at that time which was included in sivil action, #D-1-GN-11-003739, where the intervenor learned that Darvon caused his heart attacks while in Harris County Jail, and caused his now arrhythmia and irregular heartbeat, due to newly discovered evidence I found darvon/other mixed medications damaged his heart valve, at which I'm now recieving Veterans Clinic Treatment for by specialists. Which have progressively gotten worse with age.

About 2014-15, I understood Darvon had been taken off the market for causing heart problems.

They hid records and kept me uninformed as I was in Texas prison, even now on parole, I'm disallowed to serve

2.

parole in Harris County, Texas, where the crime had supposedly took place.
Ive had no access to a computor local news paper, or a small limited law library.

5. After I notified Harris County and the State of Texas, of the misuse of prescribe narcotics/opiods/ and narcotic like pills, I only now learned that in my legal wake and without any notification by the Defendants they have settled lawsuits on the same drugs, I'm suing them for.
In their lawsuits they admit to giving harmful opiods/narcotics to pre-trial, trial and post trial detainees, before and after I notified them of the State created mental impairments by the use misuse and excessive misuse of pills/drugs/ and narcotics, or mind altering medications.
These lawsuits they settled are based on my lawsuits making me a real injured party to their suit.

## D. DAMAGES

6. The State of Texas and Harris County, Texas have both obtained by a settled agreement with Teva Pharmacuetricals for billions and millions of dollars which is partly my property for injury by the defendants, equalling $1,500,000.00 plus costs, fees, taxes, debts owed and attorney fees if available, as is requested in my lawsuit.

7. Plaintiff's intervention is timely, and requests that a hearing be ordered, a hold placed on my property, and a fair opportunity at Trial, where I may being forward evidence, and witnesses.

8. Plaintiff also asks for a Order to the State of Texas to remove the stipulation disallowing me to go to Harris County.
The case is set for Trial March 06, 2023, there.

3.

"Clerk's, Greetings!

Please find, file and present immeadictely my Intervenor int Civ. No. 2018-0358 and No. 2018-63587; also in U.S. Dist. Court, No. 4:2020 cv 00733, as I have only now learned that these lawsuits are a direct relative intiated from and after my civil actions.

I have only learned this as I have been incarcerated without access to all courts information or any way, or attorney to find out about related cases to mine.

Intervenor is now filed to the above causes in U.S. Dist. Court - Southern Dist. of Texas - Houston, Texas, and 152nd Judicial District Court in Houston Texas, as I am a "Real injured party and wish to protect my property and interests in these cases and numbers.

/s/ Loyd L. Sorrow Sr.

Loyd L. Sorrow Sr
2495 Gulf St
Beaumont, Texas
77703


cc File 1 of 4

## E. PRAYER

9. Since our lawsuits involve opiods, and the use, misuse, or excessive misuse, which gives me standing in their suits, and satisfies F.R.C.P. 24 and T.R.C.P. 60, see; *Arizonans for Official English v. Arizona* 520 U.S. 43, 57 (1997) and see; *Newby v. Enron Corp.* 443 F.3d. 416, 422 (5th Cir. 2006) and in *In re Union Carbide Corp.* 273 S.W.3d. 152, 154-55 (Tex. 2008), for I have general interests that are justiciable, due to actual heart injury. Further the settlement was made by someone else and they did not look after my best interests so this intervention is allowed. see; *Texas Mut. Ins v. Ledbetter* 251 SW.3d. 31, 36 (Tex. 2008).

10. Intervenor wishes "a hearing" and the forementioned damages in #6, #7 and #8, OR ? a Trial. see; T.R.C.P.- 61, in the cause of #2018-0358 and #4:2020-cv-00733, and #2018-63587.

11. For these reasons, I intervene, as for relief and awards forementioned, Respectfully submitted by

Date 10/28/22    *Loyd Landon Sorrow Jr.*

Loyd Landon Sorrow Sr.
2495 Gulf St
Beaumont, Texas
77703

## F. SERVICE

Intervenor "Sorrow", swear for fear of perjury all above is True & Correct and Harris County, Texas and Texas Attorney General and the 152 Judicial District Court - Honorable Judge Robert Schaffer of Houston, Texas, at their correct addresses by U.S. Postal Service Mail Box. 10/28/22  *Loyd Landon Sorrow Jr.*
and U.S. District Court.            Loyd Landon Sorrow Sr
Southern Dist. of Texas.           2495 Gulf St,
   *LLS Jr.*                       Beaumont, Texas 77703

4.

"Clerks", Greetings!

Please find, file and present immeadiately my Intervenor int' Civ. No. 2018-0358 and No. 2018-63587, also in U.S. Dist. Court, No. 4:2020 cv. 00733, as I have only now learned that these lawsuits are a direct relative intiated from and after my civil actions.

I have only learned this as I have been incarcerated without access to all courts, information or any way, or attorney to find out about related cases to mine.

Intervenor's now filed to the above causes in U.S. Dist. Court - Southern Dist. of Texas - Houston, Texas, and 152nd Judicial District Court in Houston Texas, as I am a "Real" injured party and wish to protect my property and interests in these cases and numbers.

*[signature]* Sr,

Loyd L. Sorrow Sr
2495 Gulf St
Beaumont, Texas
77703

United States Courts
Southern District of Texas
FILED

NOV 07 2022

Nathan Ochsner, Clerk of Court

CcFile 1of4

NORTH HOUSTON TX 770

04 NOV 2022 PM 9 L

U.S. District Court
Southern District of Texas
P.O. Box # 61010
Houston, Texas
77208

77208-101010

Loyal L Serrow Sr
2495 Gulf St
Beaumont, Tx 77703

United States Courts
Southern District of Texas
FILED

NOV 07 2022

Nathan Ochsner, Clerk of Court